IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUNE BLOCH,<br><br>        Plaintiff,<br><br>        v.<br><br>WYETH,<br><br>        Defendant. | Civil Action No. |

## NOTICE OF REMOVAL

Defendant Wyeth ("Wyeth"), sued "individually and d/b/a Wyeth-Ayerst Research," hereby removes this action from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania, and in support thereof states as follows:

1. On or about July 11, 2002, Plaintiff June Bloch ("Plaintiff"), individually and as putative class representative, commenced this action by filing a Complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania, docketed July 2002 Term, No. 001542, against Wyeth.  A true and correct copy of this Complaint is attached hereto as Exhibit A.

2. Removal of this action is proper under 28 U.S.C. § 1441(a), which allows for the removal of any civil action over which the district courts of the United States would have original jurisdiction.

3. The Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days of receipt "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

4.	This Court has original jurisdiction over this action since the parties are citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs.  See 28 U.S.C. § 1332(a).  More specifically, original jurisdiction is present in this action because:

a.	Plaintiff's domicile is Havertown, Pennsylvania, and she is a citizen of Pennsylvania.  See Ex. A, ¶ 4.

b.	Wyeth is a Delaware Corporation with its principal place of business in Madison, New Jersey.[1]

c.	The relief Plaintiff is seeking, which includes, *inter alia*, equitable relief in the form of a medical monitoring program, public notice, and the creation of a medical research and education fund (see Ex. A, ¶¶ 38, 77), is relief in which the Plaintiff and the putative class she seeks to represent have an undivided interest and is in excess of $75,000.  See In re Diet Drugs Prods. Liab. Litig., 1999 U.S. Dist. LEXIS 13228 at *14-19 (E.D. Pa. 1999); Katz v. Warner-Lambert Co., 9 F. Supp. 2d 363 (S.D.N.Y. 1998); In re Rezulin Prods. Liab. Litig., 168 F. Supp. 2d 136, 152 (S.D.N.Y. 2001).

5.	Accordingly, had this action been brought in the Eastern District originally, this Court would have had original jurisdiction over the subject matter under the provisions of 28 U.S.C. § 1332.  As a result, this action is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

---

[1]	Plaintiff incorrectly avers that Wyeth is a Pennsylvania corporation with its principal place of business in Wayne, Pennsylvania.

-3-

WHEREFORE, Wyeth respectfully requests that the civil action commenced against it be removed to this Court for all future proceedings.

Respectfully submitted,

_____
MICHAEL T. SCOTT
ROBERT A. NICHOLAS
BARBARA R. BINIS
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100

Attorneys for DEFENDANT **WYETH**

Dated: July 22, 2002

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of the foregoing Defendant Wyeth's Notice of Removal *via* first-class mail, postage prepaid, this 22nd day of July, 2002, upon the following counsel of record:

>Richard S. Schiffrin, Esquire
>Tobias L. Millrood, Esquire
>Schiffrin & Barroway, LLP
>Three Bala Plaza East, Suite 400
>Bala Cynwyd, PA  19004
>
>Jason Brodsky, Esquire
>Evan Smith, Esquire
>Brodsky & Smith, LLC
>11 Bala Avenue, Suite 39
>Bala Cynwyd, PA  19004
>
>Michael G. Sawaya, Esquire
>Sawaya, Rose & Sawaya, P.C.
>1600 Ogden Street
>Denver, CO  80218

_____
Joseph J. Tuso

| | |
|---|---|
| **REED SMITH LLP**<br>By: MICHAEL T. SCOTT<br>Identification No. 23822<br>By: ROBERT A. NICHOLAS<br>Identification No. 42907<br>By: BARBARA R. BINIS<br>Identification No. 62359<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103-7301<br>(215) 851-8100 | Attorneys for DEFENDANT WYETH |

| | |
|---|---|
| JUNE BLOCH<br><br>                    v.<br><br>WYETH | COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY<br><br>JULY TERM, 2002<br><br>CIVIL ACTION NO. 001542 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   THE PROTHONOTARY
        COURT OF COMMON PLEAS
        PHILADELPHIA COUNTY, PA

Please take notice that on this 22nd day of July 2002, Defendant Wyeth filed a Notice of Removal, a copy of which is attached hereto, in the United States District Court for the Eastern District of Pennsylvania.  The filing with the Court of Common Pleas, Philadelphia County, Pennsylvania, of the Notice of Removal attached hereto has effectuated the removal of this action in accordance with 28 U.S.C. §1446(d).

Respectfully submitted,

Michael T. Scott
Robert A. Nicholas
Barbara R. Binis

Dated: July 22, 2002                              Attorneys for DEFENDANT WYETH

**REED SMITH LLP**  Attorneys for DEFENDANT WYETH
By: MICHAEL T. SCOTT
Identification No. 23822
By: ROBERT A. NICHOLAS
Identification No. 42907
By: BARBARA R. BINIS
Identification No. 62359
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100

| | |
|---|---|
| JUNE BLOCH | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY |
| v. | JULY TERM, 2002 |
| WYETH | CIVIL ACTION NO. 001542 |

**PRAECIPE TO FILE NOTIFICATION**
**OF AND COPY OF NOTICE OF REMOVAL**

TO:   THE PROTHONOTARY
      COURT OF COMMON PLEAS
      PHILADELPHIA COUNTY, PA

As provided under 28 U.S.C. § 1446(d), please file the attached Notice of Filing and copy of Notice of Removal filed by Defendant Wyeth in the United States District Court for the Eastern District of Pennsylvania on July 22, 2002.

Respectfully submitted,

_____
Michael T. Scott
Robert A. Nicholas
Barbara R. Binis

Dated: July 22, 2002                                 Attorneys for DEFENDANT WYETH

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of the foregoing Defendant Wyeth's Praecipe to File Notification of and Copy of Notice of Removal *via* first-class mail, postage prepaid, this 22nd day of July, 2002, upon the following counsel of record:

>Richard S. Schiffrin, Esquire
>Tobias L. Millrood, Esquire
>Schiffrin & Barroway, LLP
>Three Bala Plaza East, Suite 400
>Bala Cynwyd, PA  19004
>
>Jason Brodsky, Esquire
>Evan Smith, Esquire
>Brodsky & Smith, LLC
>11 Bala Avenue, Suite 39
>Bala Cynwyd, PA  19004
>
>Michael G. Sawaya, Esquire
>Sawaya, Rose & Sawaya, P.C.
>1600 Ogden Street
>Denver, CO  80218

_____
Joseph J. Tuso