IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUNE BLOCH | : | CIVIL ACTION |
| | : | |
| VS. | : | NO.   02-4984 |
| | : | |
| WYETH | | |

### ORDER

AND NOW, this 5th of AUGUST, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Mary A. McLaughlin to the Honorable Cynthia M. Rufe.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____  MICHAEL E. KUNZ
Clerk of Court